IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:17CR10015-001 |
| | ) | |
| TOMMIE ROSHAUN GLOSSON | ) | |

**FINAL ORDER OF FORFEITURE**

On February 5, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 19). In the Preliminary Order of Forfeiture,

A. A Lorcin 9mm caliber pistol, serial number L133984

B. A Romarm WASR 10 7.62x39mm caliber rifle, serial number 1988-ACV3153,

was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 3665.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On November 19, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was December 19, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 5, 2018 shall become final at this time.

IT IS SO ORDERED this 19th day of December, 2018.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE