IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                          Case No. 1:17-CR-10015

TOMMIE ROSHAUN GLOSSON                                                                DEFENDANT

## O R D E R

BEFORE the Court is the Motion for Reconsideration of Order of Detention filed by Defendant. ECF No. 61. This Motion was referred to the undersigned for decision. ECF No. 63. The Court conducted a hearing pursuant to Rule 32.1(a)(6) of the FED.R.CRIM.PROC. on June 12, 2024, to consider Defendant's motion. ECF Nos. 64 and 65.

Defendant called his mother, Ms. Olivia Glosson, and United States Probation Officer Haley Hudson as witnesses. The Government did not present any evidence or information and requested the Defendant be held to his burden of proof to demonstrate he was neither a flight risk or danger to another person or the community. After considering the Petition, the evidence presented, and argument of counsel, the Court held the Defendant had demonstrated by clear and convincing evidence that he was not a flight risk or danger. The Court also determined the existing conditions of Supervised Release were sufficient to allow the Defendant to be released pending a final hearing in this matter.

One issue was raised at the hearing which deserves additional discussion. Defendant is required to maintain full-time employment. *See* ECF No. 35, Judgment: Standard Conditions of Supervision, condition number 7. It was brought to the Court's attention Defendant, while employed, is not employed full time. The Court instructed Defendant to comply with Standard Condition of Supervision number 7 and obtain full time employment. This full-time employment may be with his current employer or with a different employer, but must be full-time, (at least 30

hours a week). The Defendant is warned that his failure to comply with this condition alone may result in Defendant's pre-hearing release being revoked.

**IT IS ORDERED** the Motion for Reconsideration of Order of Detention (ECF No. 61) is **GRANTED**. Defendant is ordered released pending a final hearing on the Petition in this matter. Defendant remains subject to all the conditions of Supervised Release originally imposed in this matter.

**SIGNED** this **13th day of June 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE